

**SHIG YASUNAGA**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

### OFFICE OF THE CLERK

**TEL: 217.492.4020**
**FAX: 217.492.4028**

November 12, 2025

Antony Murrell, Jr 526875
Jerome Combs Detention Center
Inmate Mail/Parcels
3050 Justice Way
Kankakee, IL 60901

    RE:    Murrell v. Rowe
                Case No. 25-cv-2292

Dear Mr. Murrell:

      NOTICE IS HEREBY GIVEN that a case-dispositive motion (such as a motion to dismiss or motion for judgment on the pleadings) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P 12(c). Please be advised that you have **fourteen (14)** days from the date of service to respond to the motion. Under the court's local rules, if no response is timely filed, the presiding judge will presume there is no opposition to the motion and may rule without further notice to the parties. In effect, the court may grant the motion and your case may be dismissed. See L.R. CDIL 7.1(B).

                                            s/Shig Yasunaga
                                            Shig Yasunaga
                                            Clerk, U.S. District Court

cc:  all counsel